UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-60426-CIV-MORENO

HENRY LAMAR THOMAS,

    Plaintiff,

vs.

WALTER A. McNEIL,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on March 25, 2008 **(D.E. No. 2)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 14)** on **November 13, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 14)** on **November 13, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Henry Lamar Thomas' petition for writ of habeas corpus is DISMISSED as untimely filed pursuant to 28 U.S.C. §2244(d)(1)-(2).

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of December, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record